UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

CASE NO.: 9:16-cv-81963-RLR

SANTIAGO ABREU,

    Plaintiff,

vs.

THE SHERWIN-WILLIAMS COMPANY,
d/b/a SHERWIN WILLIAMS,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Santiago Abreu, and Defendant The Sherwin-Williams Company, d/b/a Sherwin Williams (collectively "Parties" and individually "Parrty"), pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate that (1) the Parties have settled this action; (2) the Parties voluntarily dismiss this action with prejudice; and (3) each Party shall bear its (or his) own attorneys' fees and costs, except as otherwise provided for in the Parties' private agreement.

Dated: March 28, 2017.

Respectfully submitted,

| | |
|---|---|
| WEISS LAW GROUP, P.A.<br>5531 N. University Drive, Suite 103<br>Coral Springs, FL 33067<br>Tel.: 954.573.2800/Fax 954.573.2798<br>Tel.: 954.962.1166/Fax: 954.962.1779<br><br>s\ *Jason S. Weiss*<br>Jason Weiss, FL 356890<br>jason@jslawyer.com<br><br>Attorneys for Plaintiff,<br> Francis Martinez | OGLETREE, DEAKINS, NASH,<br> SMOAK & STEWART, P.C.<br>100 North Tampa Street, Suite 3600<br>Tampa, FL 33602<br>Tel.: 813.289.1247/Fax: 813.289.6530<br><br>s\ *Paul J. De Boe*<br>Kevin D. Zwetsch, FL 0962260<br>kevin.zwetsch@ogletreedeakins.com<br>Paul J. De Boe, FL 52051<br>OGLETREE, DEAKINS, NASH,<br> SMOAK & STEWART, P.C.<br>701 Brickell Avenue, Suite 1600<br>Miami, FL 33131<br>Telephone: 305.374.0506<br>Facsimile: 305.374.0456<br>paul.deboe@ogletreedeakins.com<br><br>Attorneys for Defendant,<br> GFS Stores, LLC |